Nancy Hersh (SBN 49091)
nhersh@hershlaw.com
Hersh & Hersh
601 Van Ness Avenue #2080
San Francisco, California  94102
Phone:   415-441-5544
Fax:     415-441-7586

Ronnie G. Penton (LABN 10462)
fedcourtmail@thepentonlawfirm.com
The Penton Law Firm
503 Georgia Avenue
Bogalusa, Louisiana 70427
Phone:   985-732-5651
Fax:     985-735-5579

Francois M. Blaudeau (ALBN 7722D32F)
francois@southernmedlaw.com
Evan Taylor Rosemore (ALBN 3760n10b)
evan@southernmedlaw.com
2224 First Avenue North
Birmingham, Alabama  35203
Phone:   (205) 547-5525

Leah F. Walsh (CT 432036)
leah@thepentonlawfirm.com
295 Southbury Road
Roxbury, Connecticut  06783
Phone:  (203) 942-3731
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | | |
|---|---|---|
| **ROSA STANFORD** | * | Civil Action No. 5:18-cv-02232-LHK |
| **Plaintiff** | * | |
| versus | * | |
| | * | **MOTION TO WITHDRAW AS COUNSEL** |
| **INTUITIVE SURGICAL, INC.** | * | **FOR PLAINTIFF** |
| **Defendant** | * | |
| | * | |
| | * | |

*********************************

**NOW INTO COURT,** come Movants, Ronnie G. Penton, Nancy Hersh, Francois M. Blaudeau, Evan Taylor Rosemore, and Leah F. Walsh, who hereby request that they be allowed to withdraw as counsel of record for Plaintiff, ROSA STANFORD, for the reasons more specifically set forth in the attached Memorandum in Support.

Given the nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movants respectfully request that the Court accept and decide the subject motion without the necessity of oral argument.

Movers certify that they have emailed and mailed, via United States Postal Service, a copy of this Motion to Ms. Stanford, and will forward any Orders of this Court concerning this Motion to client, upon receipt of same.

WHEREFORE, Movants, Ronnie G. Penton, Nancy Hersh, Francois M. Blaudeau, Evan Taylor Rosemore, and Leah F. Walsh, pray that this Court accept and decide the subject motion without the necessity of oral argument, grant their Motion to Withdraw as Counsel in the above-captioned matter, and enter an order stating that Movants have so withdrawn.

Dated: June 17, 2019

/s/Ronnie G. Penton
Ronnie G. Penton (LA Bar 10462)
fedcourtmail@thepentonlawfirm.com
The Penton Law Firm
503 Georgia Avenue
Bogalusa, Louisiana 70427
Phone:   985-732-5651
Fax:       985-735-5579

Nancy Hersh (SBN 49091)

nhersh@hershlaw.com
HERSH & HERSH
601 Van Ness Avenue #2080
San Francisco, California  94102
Phone:  415-441-5544
Fax:     415-441-7586

Francois M. Blaudeau (ALBN 7722D32F)
francois@southernmedlaw.com
Evan Taylor Rosemore (ALBN 3760n10b)
evan@southernmedlaw.com
2224 First Avenue North
Birmingham, Alabama  35203
Phone:   (205) 547-5525

Leah F. Walsh (CT 432036)
leah@thepentonlawfirm.com
295 Southbury Road
Roxbury, Connecticut  06783
Phone:  (203) 942-3731

*Attorneys for Plaintuiff, Rosa Stanford*

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for the following parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

Allen J. Ruby (Allen.Ruby@skadden.com)
Emily Reitmeier (Emily.Reitmeier@skadden.com)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California  94301

Gregory D. Hull (greg@ellenberghull.com)
LAW OFFICES OF STEVEN A. ELLENBERG
4 North 2nd Street, Suite 1240
San Jose, California 95113

Taylor F. Brinkman (tbrinkman@lockelord.com)
Seth M. Roberts (sroberts@lockelord.com)
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201

Thomas E. Fox (Thomas.Fox@skadden.com)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
4 Times Square
New York, New York  10036

Steven F. Napolitano (snapolitano@skarzynski.com)
SKARZYNSKI BLACK LLP
One Battery Park Plaza
New York, New York  10004

Lori E. Hammond (lhammond@fbtlaw.com)
FROST BROWN TODD LLC
400 West Market Street, Suite 3200
Louisville, Kentucky  40202
Nancy Danforth Wuamett (Nancy.Wuamett@Skadden.com)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C.  20005

Tracy J. Van Steenburgh (tvan@nilanjohnson.com)
Scott M. Rusert (srusert@nilanjohnson.com)
NILAN JOHNSON LEWIS PA
120 South Sixth Street, Suite 400
Minneapolis, Minnesota  55402

Michael Franklin Smith (michael.smith@mcafeetaft.com)
McAFEE TAFT
Two West Second Street, Suite 1100
Tulsa, Oklahoma  74103

*Counsel for Defendant, Intuitive Surgical, Inc.*

June 17, 2019.

      s/Ronnie G. Penton
      Ronnie G. Penton