Nancy Hersh (SBN 49091)
nhersh@hershlaw.com
Hersh & Hersh
601 Van Ness Avenue #2080
San Francisco, California  94102
Phone:   415-441-5544
Fax:     415-441-7586

Ronnie G. Penton (LABN 10462)
fedcourtmail@thepentonlawfirm.com
The Penton Law Firm
503 Georgia Avenue
Bogalusa, Louisiana 70427
Phone:   985-732-5651
Fax:     985-735-5579

Francois M. Blaudeau (ALBN 7722D32F)
francois@southernmedlaw.com
Evan Taylor Rosemore (ALBN 3760n10b)
evan@southernmedlaw.com
2224 First Avenue North
Birmingham, Alabama  35203
Phone:   (205) 547-5525

Leah F. Walsh (CT 432036)
leah@thepentonlawfirm.com
295 Southbury Road
Roxbury, Connecticut  06783
Phone:  (203) 942-3731
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **ROSA STANFORD** | * | Civil Action No. 5:18-cv-02232-LHK |
| **Plaintiff** | * | |
| **versus** | * | **[PROPOSED] ORDER** |
| | * | **GRANTING MOTION TO WITHDRAW** |
| **INTUITIVE SURGICAL, INC.** | * | |
| **Defendant** | * | |

*******************************

Ronnie G. Penton, Francois M. Blaudeau, Nancy Hersh, Evan Taylor Rosemore, and Leah F. Walsh seek to withdraw as counsel for Plaintiff in the above-captioned litigation, pursuant to LOCAL RULE 11-5(a) and CAL. R. PROF. CONDUCT 3-700(A)(1). As this Court finds that Ronnie G. Penton, Francois M. Blaudeau, Nancy Hersh, Evan Taylor Rosemore, and Leah F. Walsh have submitted satisfactory reasoning for withdrawal, and that the granting of their Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY FURTHER ORDERED that the Motion to Withdraw as Counsel for Plaintiff filed by Ronnie G. Penton, Francois M. Blaudeau, Nancy Hersh, Evan Taylor Rosemore, and Leah F. Walsh is **GRANTED**, and that Ronnie G. Penton, Francois M. Blaudeau, Nancy Hersh, Evan Taylor Rosemore, and Leah F. Walsh are hereby terminated as counsel in this proceeding.

DATED: June 18, 2019         By: *Lucy H. Koh*
                                 Hon. Lucy H. Koh
                                 United States District Judge